THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH HARRIS, Appellant. [926 NYS2d 319]

Contrary to the contentions of the defendant, who had not yet completed his originally imposed sentences of imprisonment when he was resentenced, his resentencing to a term including

the statutorily required periods of postrelease supervision did not subject him to double jeopardy or violate his right to due process of law (*see People v Lingle*, 16 NY3d 621, 630-632 [2011]; *People v Burgos*, 84 AD3d 975 [2011]). Skelos, J.P., Dickerson, Hall, Austin and Miller, JJ., concur.